**FILED**



*2:11 pm, 3/2/11*

**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

KIMBERLY MARIE PERKINS
DEFENDANT

Case No. 10-CR-329-F    Date 3/2/11
Time 1:40 - 1:49
☑ Indictment        ☐ Information
☐ Complaint         ☐ Other

Offense  21 USC 846

Before the Honorable, William C. Beaman     Recorded FTR Courtroom 3   ☐ Disk NO.

| Zac Fisher | Jan Davis | Phil Caldwell | Bob Murray | Justin Cline |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER _____

Appeared   ☐ Voluntarily
           ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing  Sean Barrett
          ☐ FPD    ☑ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

1. Initial appearance   Date _____  (Comments) _____

   **BOND IS**   ☐ Defendant is detained
                 ☐ Set at $_____  ☐ Cash or Surety  ☐ Unsecured
                 ☐ Continued on the same terms and conditions
                 ☐ Detention and/or Preliminary hearing set for _____

☐ Obey all laws, Federal, State and Local
☐ Seek/Maintain employment
☐ 3rd party custody of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☐ Do not obtain passport
☐ Surrender passport to _____

☐ Maintain current residence
☐ Report to Pretrial Services as directed
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with
☐ Post property or sum of money _____
☐ Undergo medical/psychiatric treatment/exam

☐ Other
_____
_____
_____
_____
_____

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☐ Bail review/detention hearing       Date _____
☐ Defendant detained -     Reasons
Previously detained _____
_____
_____

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____    ☐ Preliminary hearing waived
☐ Removal hearing waived          ☐ Removal hearing held    Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
    ☐ Bond to transfer     Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other _____
_____

2.  Preliminary hearing       Date _____
    Witnesses _____
    _____
    _____

    Outcome
         ☐ Bound over to U.S. District Court    ☐ Dismissed
    ☐ Other _____
    _____
    _____

## Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☑ Not guilty to count(s) 1, 2 _____ of an Indictment _____
☐ Guilty to count(s) _____ of an _____

        Not Guilty Plea                                Guilty Plea
☑ Court orders discovery per rule 16 FRCrP    ☐ Court is satisfied there is factual basis for a plea of guilty
☐ Court orders access to Grand Jury Transcripts  ☐ Defendant referred to probation for presentence investigation
☑ Motions to be filed in 20 days or           ☐ Defendant advised on consequence of a plea of guilty
   On / Before _____                ☐ Plea agreement filed
☑ Trial date set for 5/9/11 at 8:30 a.m.      ☐ Sentencing set for _____ at _____
   In Cheyenne, Wyoming                          In _____
☑ Speedy trial expires on 5/9/11              ☐ Plea conditionally accepted

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court