# United States District Court
## For The District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 02 2011

Stephan Harris, Clerk
Cheyenne

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| KIMBERLY MARIE PERKINS. | CASE NUMBER: 10-CR-329-F |

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **KIMBERLY MARIE PERKINS** and bring him or her forthwith to the nearest magistrate to answer **Superseding Indictment** charging him or her with **See Attached** in violation of **See Attached**.

| | |
|---|---|
| Stephan Harris | Clerk of United States of America |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ | January 13, 2011, Cheyenne, Wyoming |
| Signature of Issuing Officer | Date and Location |
| By Deputy Clerk | |
| Bail fixed at $DETAIN | By: Alan B. Johnson |
| | United States District Judge |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at USMS Cellblock

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/1/11 | Justin Clire Dusn | |