# CRIMINAL MINUTE SHEET
☐ Arraignment / Change of Plea ☑

Date 09/20/11

Time 11:46 am - 12:15 pm

Case No. 10-CR-329-5F
Interpreter none
Int. Phone

## USA vs. KIMBERLY MARIE PERKINS

| Nancy D. Freudenthal | Abby Logan | Jan Davis | none | Phil Feezer |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES
Government  Darrell L. Fun
Defendant  Sean Barrett
☑ CJA  ☐ FPD  ☐ RET  ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1 of an Indictment
☐ Nolo Contendre

**NOT GUILTY PLEA**
☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in ___ days or on/before
☐ Trial date set for ___ at ___
   In ___
☐ Speedy trial expires on ___
☐ Other

**GUILTY PLEA**
☑ Court is satisfied there is factual basis for plea of guilty
☑ Defendant referred to probation for presentence investigation
☑ Defendant advised on consequences of a plea of guilty
☑ Plea Agreement filed
☑ Sentencing set for 11/29/11 at 2:00 pm
   In Cheyenne before the Honorable Chief Judge Nancy D. Freudenthal
☐ Plea conditionally accepted
☑ Count(s) 2 to be dismissed at time of sentencing

**BOND IS**
☐ Defendant is detained
☐ Set at $ ___
☐ Cash or Surety  ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of ___
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to ___
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other

☐ Seek/Maintain employment
☐ Travel restricted to ___
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with
☐ Post property or sum of money ___
☐ Do not obtain passport